**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,            )<br>                    Plaintiff,        )<br>                                      )<br>vs.                                   )<br>                                      )<br>Roshankumar Bharatbhai Bhakta,        )<br>                    Defendant.        )<br>_____) | No. CR 05-1140-3-PHX-ROS<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Modify Release Conditions (Doc. #27), filed December 23, 2005. Defendant was arrested on December 6, 2005 and at his initial appearance on December 7, 2005, he was released on his own recognizance upon the condition, *inter alia*, that he seek employment. Mr. Bhakta now requests that the Court change this condition to allow him to attend school full time instead of maintaining full time employment. Counsel for the Government and the Pretrial Services Officer assigned to this case do not oppose this request. Accordingly, Mr. Bhakta's request to attend school full time in lieu of full time employment will be granted.

The Court also conditioned Defendant's release upon the surrender o his passport. At the initial appearance hearing counsel for Defendant informed the Court that an officer with the Immigration and Customs Enforcement Agency had taken possession of the passport upon Defendant's arrest. The Court then instructed Defendant that in the event he took possession of the passport, he was to provide the passport to counsel. The Court further instructed counsel that he then had to surrender the passport to the Clerk of the Court.

In the written release conditions provided to Defendant, the Court further instructed Defendant not to obtain a new passport. Defendant contends in his motion that his passport is still in the possession of ICE. Therefore, as previously instructed by this Court, if Defendant comes in possession of his passport previously seized by ICE, he should immediately provide said passport to his attorney, who in turn will surrender it to the Clerk of the Court.

**IT IS HEREBY ORDERED** granting Defendant's Motion to Modify Release Conditions (Doc. #27).

DATED this 18th day of January, 2006.

David K. Duncan
United States Magistrate Judge