**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Roshankumar Bharatbhai Bhakta,<br><br>　　　　Defendant. | No. CR 05-1140-3-PHX-ROS<br><br>**ORDER** |

On Motion of the Defendant, Roshankumar Bhakta, without objection from the Government,

**IT IS ORDERED** modifying Defendant's release conditions allowing him to travel to India and bring back his wife. Defendant has permission to leave on June 22, 2006, and must return no later than July 22, 2006.

**IT IS FURTHER ORDERED** approving the signature/appearance bond executed in the amount of $25,000.

**IT IS FURTHER ORDERED** directing the Clerk of the Court or Immigration and Customs Enforcement to release the Defendant's passport to the Defendant. Upon his return from India, Defendant is required to surrender his passport to the Clerk of the Court.

DATED this 20th day of June, 2006.

_____
DAVID K. DUNCAN
United States Magistrate Judge